# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON ALBERTO URREGO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ALBERTO R. GONZALES, et.al.,<br><br>　　　　Respondents.<br>_____/ | 1:07-cv-00357 OWW DLB (HC)<br><br>FINDINGS AND RECOMMENDATION GRANTING RESPONDENT'S MOTION TO DISMISS PETITION AS MOOT<br><br>[Doc. 11] |

　　　　Petitioner is detained by the Bureau of Immigration and Customs Enforcement ("BICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　Petitioner filed the instant petition for writ of habeas corpus on March 5, 2007. (Court Doc.) On May 3, 2007, the Court issued an order to show cause why the petition should not be granted. (Court Doc. 9.)

　　　　On July 9, 2007, Respondent filed a motion to dismiss the petition as moot.[1] (Court Doc. 11.) Petitioner has not filed an opposition.

　　　　Respondent has submitted that Petitioner was released from custody on an order of supervision on June 19, 2007. (Attachment A, Release Notification, to Motion.)

　　　　Because Petitioner has been released on an order of supervision, and is no longer in detention, his habeas petition challenging the length of his confinement is moot, and the petition

---

[1] Although the docket reflects that Respondent also filed a motion to dismiss on June 19, 2007, Respondent inadvertently failed to attach the proper motion. (Court Doc. 10.)

should be dismissed. *Cf. Picrin-Peron v. Rison*, 930 F.2d 773 (9th Cir. 1991) (habeas petition dismissed as moot because INS Director had released (paroled) alien petitioner).

Accordingly, it is HEREBY RECOMMENDED that Respondent's motion to dismiss the instant petition as MOOT be GRANTED.

This Findings and Recommendation is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within thirty (30) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Replies to the objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the objections. The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **August 20, 2007**         **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE