UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILSON ALBERTO URREGO, | ) | 1:07-cv-00357-OWW-DLB-HC |
| | ) | |
|     Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 12) |
| v. | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| ALBERTO R. GONZALES, et al., | ) | **DISMISS PETITION AS MOOT** |
| | ) | (Doc. 10) |
|     Respondents. | ) | |
| | ) | **ORDER DIRECTING CLERK TO** |
| | | **ENTER JUDGMENT** |

    Petitioner is detained by the Bureau of Immigration and Customs Enforcement ("BICE"), and is proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

    On August 22, 2007, the Magistrate Judge filed Findings and a Recommendation that Respondent's motion to dismiss the instant petition as MOOT be GRANTED. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed objections to the Findings and Recommendation.[1]

---

[1] The United States Postal Service returned the order served on petitioner on August 31, 2007, as undeliverable. A notation on the envelope indicated: "Return to Sender - Not in Custody." However, petitioner has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(d).

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed August 22, 2007, are ADOPTED IN FULL;

2. Respondent's motion to dismiss the instant petition as MOOT, filed June 19, 2007, is GRANTED; and,

2. The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:    November 28, 2007**            /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE